IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | 1:07-cv-01711-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 8.) |
| MTA DREW, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR REMAND |
| Defendants. | (Doc. 7.) |

Emelito Exmundo ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 23, 2008, findings and recommendations were entered, recommending that plaintiff's request to remand this action to Kings County Superior Court be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On August 28, 2008, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

///

///

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 23, 2008, are ADOPTED IN FULL; and

2. Plaintiff's request for remand is DENIED.

IT IS SO ORDERED.

**Dated:   September 9, 2008**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

2